UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

CASE NO. 15-60334-CIV-DIMITROULEAS

JYLL BRINK, on her own behalf,
and on behalf of those similarly situated,

 Plaintiff,

vs.

RAYMOND JAMES & ASSOCIATES, INC.,

 Defendant.
_____/

CASE NO. 16-60284-CIV-DIMITROULEAS

CALEB WISTAR and ERNEST MAYEAUX,
on their own behalf, and on behalf of those
similarly situated,

 Plaintiffs,

vs.

RAYMOND JAMES FINANCIAL
SERVICES, INC., and RAYMOND JAMES
FINANCIAL SERVICES ADVISORS, INC.,

 Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES FOR SETTLEMENT PURPOSES ONLY

THIS CAUSE is before the Court upon the Joint Motion to Consolidate Cases for Settlement Purposes Only, filed on April 17, 2019. [DE 174]. The Court has carefully considered the Joint Motion and is otherwise fully advised in the premises. The Court agrees that it is appropriate to consolidate these cases for settlement purposes.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Consolidate Cases for Settlement Purposes Only [DE 174] is **GRANTED**;

2. Case No.:15-cv-60334, *Jill Brink v. Raymond James & Associates, Inc.* and Case No.:16-cv-60284, *Wistar v. Raymond James Financial Services, Inc. et al.*, are hereby **CONSOLIDATED** for settlement purposes.

3. All pleadings and papers shall be filed in the lower numbered case, Case No. 15-cv-60334-WPD and shall henceforth bear the caption set forth by the Court on page 1 of this Order.

4. Case No. 16-cv-60284 is hereby **ADMINISTRATIVELY CLOSED**. Any documents filed in Case No. 16-cv-60284 in the future shall be **automatically stricken**.

5. Any future references in this consolidated action to documents already filed in Case No. 16-cv-60284 shall refer to that case number and docket entry number.

6. The Clerk shall place a copy of this Order in Case Nos. 15-cv-60334 and 16-cv-60284, thereby indicating that the cases have been consolidated.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 17th day of April, 2019.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record